IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVONNE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:20-cv-05039-ELR |
| 6949 SWEETWATER ROAD, LLC and PIZZA HUT OF AMERICA, LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Yvonne Brown, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), her Notice of Voluntary Dismissal With Prejudice. Plaintiff hereby requests that the instant matter be dismissed with prejudice as to all Defendants, and without an award of fees or costs to any party.

Dated: January 19, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B

1

Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

## **CERTIFICATE OF SERVICE**

I certify that on January 19, 2021, I filed the within and foregoing Notice of Voluntary Dismissal With Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia. A true and correct copy of the same was also served via electronic mail as follows:

6949 Sweetwater Road, LLC
c/o Scott Mercer, Esq.
Kendall Mandell, LLC
3152 Golf Ridge Boulevard, Suite 201
Douglasville, Georgia 30315
Tel: (770) 577-3559
dsmercer@kendallmandell.com

Pizza Hut of America, LLC
c/o Steve A. Miller, Esq.
Fisher & Phillips, LLP
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
Tel: (312) 580-7817
smiller@fisherphillip.com

/s/ Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/ Craig J. Ehrlich
Craig J. Ehrlich